UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MICHAEL VAUGHN and TIMOTHY KENDRICK, | ) ) ) | Case No. 2:21-cv-61 |
| *Plaintiffs and Counter-Defendants*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Cynthia R. Wyrick |
| RUSSELL TAYLOR, | ) ) ) | |
| *Defendant and Counter-Plaintiff*. | ) | |

## ORDER

On July 22, 2022, Magistrate Judge Cynthia R. Wyrick filed a report and recommendation, recommending that Defendant be awarded compensatory and punitive damages, as well as attorney's fees. Magistrate Judge Wyrick also recommended that the Court affirmatively find that Defendants committed fraud. Neither party has objected to Magistrate Judge Wyrick's findings and recommendations.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 95) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that:

- Defendant be awarded $138,362.00 in compensatory damages and $10,000.00 in punitive damages;
- Defendant be awarded $140,410.11 in attorney's fees;
- Plaintiffs are deemed to have committed fraud.

**SO ORDERED.**

**/s/ *Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**